1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

| | |
|---|---|
| United States of America, | No. CR-16-00478-TUC-JGZ (LAB) |
| Plaintiff, | **ORDER** |
| v. | |
| Diane Marie Arreola, Javier David Bustamante-Gaytan, Abraham Bustamante, Luis Fidel Garcia, Andrei Rene Garcia, Jessica Bridget Soto and Jorge Acosta-Licerio, | |
| Defendants. | |

        Pending before the Court is a Report and Recommendation issued by United
States Magistrate Judge Leslie A. Bowman that recommends denying the Motion to
Dismiss Counts 48, 49, 52, 53, 55, 56 and 57 filed by Defendants Diane Marie Arreola,
Javier David Bustamante-Gaytan, Abraham Bustamante, Luis Fidel Garcia, Andrei Rene
Garcia, Jessica Bridget Soto and Jorge Acosta-Licerio. (Doc. 658.)

        A review of the record reflects that the parties have not filed any objections to the
Report and Recommendation and the time to file objections has expired. As such, the
Court will not consider any objections or new evidence.

        The Court has reviewed the record and concludes that Magistrate Judge
Bowman's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed.
R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see
also Conley v. Crabtree*, 14 F.Supp.2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Bowman's Report and Recommendation (Doc. 658) is accepted and adopted;

2. Defendant's Motion to Dismiss (Doc. 462) is DENIED.

Dated this 29th day of June, 2017.

Honorable Jennifer G. Zipps
United States District Judge